**William D. SLONE, (also known as William D. Sloan), Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2013–5128.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2014.

William D. Slone, of West Liberty, KY, pro se.

Jennifer E. LaGrange, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

O'MALLEY, WALLACH, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**